## SHEARMAN & STERLING LLP

599 Lexington Avenue<br>
New York, NY 10022-6069<br>
+1.212.848.4000

RSchwed@shearman.com
212.848.5445

March 15, 2022

**Via ECE**

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**Re:** *Holliday v. Credit Suisse Securities (USA) LLC et al.* **No. 21-2543-cv**

Dear Ms. Wolfe:

I write on behalf of the Defendants-Appellees the Tudor BVI Global Portfolio L.P., Tudor Investment Corporation and Tudor Group Holdings LLC (as successor to Tudor Proprietary Trading, LLC) (collectively, the "Tudor Defendants-Appellees") in the above-captioned matter.

Pursuant to Federal Rule of Appellate Procedure 28(i), the Tudor Defendants-Appellees join in and adopt the Brief for Defendants-Appellees filed on March 15, 2022 by Wilmer Cutler Pickering Hale & Dorr LLP.

    Respectfully submitted,

    /s/ Richard Schwed
    Richard Schwed

cc: All Counsel of Record (via ECF)

SHEARMAN.COM

Shearman & Sterling LLP is a limited liability partnership organized in the United States under the laws of the state of Delaware, which laws limit the personal liability of partners.

NYDOCS04/626373.3